UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CEDRICK RONALD HICKS,

    Defendant.

Case No.: 2:99-cr-00022-PMP-LRL

**CLARIFICATION ORDER**

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on 10/22/1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:**    BANK OF AMERICA
**Restitution Amount:** $50.00

**Name of Payee:**    NEVADA STATE BANK
**Restitution Amount:** $3,779.00

**Name of Payee:**    WELLS FARGO BANK
**Restitution Amount:** $7,890.00

**Total Amount of Restitution ordered:  $11,719.00***

*The Restitution amount does not include any payments receipted by the Court.

DATED this __26th__ day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE